

May 13, 2021

**VIA ECF**

**John J. Sullivan**
Direct Phone   212-453-3729
Direct Fax 646-461-2073
jsullivan@cozen.com

Hon. Katherine Polk Failla
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square, Room 2103
New York, NY 1007

**Re:** *Lavazza Premium Coffees Corp., et al. v. Prime Line Distributors Inc.*
Case No.: 1-20-cv-09993-KPF

Dear Judge Failla:

We represent Plaintiffs Lavazza Premium Coffees Corp. and Luigi Lavazza S.p.A. (collectively, "Plaintiffs"). Under Rule 2(D) of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiffs request an extension of their deadline to oppose Defendant Prime Line Distributors Inc.'s ("Defendant") Motion to Dismiss Plaintiffs' Complaint or, Alternatively, to Transfer to the Southern District of Florida ("Motion"). Plaintiffs make this request due to competing deadlines in other matters and a recently scheduled hearing for the same day on which Plaintiffs' opposition papers are due.

Plaintiffs request a one-week extension of their deadline from May 17, 2021 to May 24, 2021. Defendant's deadline to reply would then also be extended from June 4, 2021 to June 11, 2021. The request is with the consent of Defendant's counsel, and this is Plaintiffs first request for an extension of their deadline to oppose the Motion.

We thank the Court for its time and consideration.

Respectfully,

COZEN O'CONNOR

By:   s/ John J. Sullivan

Application GRANTED.

Dated: May 14, 2021
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

3WTC   175 Greenwich Street   55th Floor New York, NY 10007
212.509.9400    800.437.7040    212.509.9492 Fax    cozen.com