**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
LAVAZZA PREMIUM COFFEES CORP. and
LUIGI LAVAZZA S.P.A.,                                    Case No.: 1:20-cv-09993-KPF

                        Plaintiffs,                    **STIPULATION AND ORDER**
                                                    **OF DISMISSAL OF ACTION**
      - against -                                             **WITH PREJUDICE**

PRIME LINE DISTRIBUTORS, INC.,

                        Defendant.
------------------------------------------------------------------------x
 PRIME LINE DISTRIBUTORS, INC.

                     Defendant/Counter-Plaintiff

      -against-

LAVAZZA PREMIUM COFFEES CORP.,

                     Plaintiff/Counter-Defendant
------------------------------------------------------------------------x

      Plaintiff/Counter-Defendant Lavazza Premium Coffees Corp. and Plaintiff Luigi Lavazza

S.p.A., and Defendant/Counter-Plaintiff Prime Line Distributors, Inc., hereby stipulate under

Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all

claims, counterclaims, causes of action, and parties, with each party to bear its own attorneys'

fees and costs.

Dated:  June 6, 2023                                      COZEN O'CONNOR

                                         By: */s/ Matthew E. Lewitz*
                                         John J. Sullivan
                                         David B. Sunshine
                                         Iris Velazquez
                                         COZEN O'CONNOR
                                         3 WTC, 175 Greenwich Street, 56th Floor
                                         New York, NY 10007
                                         Tel.: (212) 509-9400

1

Fax: (212) 509-9492
Email: jsullivan@cozen.com
Email: dsunshine@cozen.com
Email: ivelazquez@cozen.com

Matthew E. Lewitz
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Tel: (213) 892-7937
Fax: (213) 892-7999
Email: mlewitz@cozen.com
*Attorneys for Plaintiff/Counter-Defendant Lavazza Premium Coffees Corp. and Plaintiff Luigi Lavazza S.p.A.*

Dated: June 6, 2023

DAVIS+GILBERT LLP

By: /s/ *James R. Levine*
James R. Levine
Ina B. Scher
William S. Kukin
1675 Broadway
New York, NY 10019
Tel: (212) 468-4800
Email: jlevine@dglaw.com
Email: ischer@dglaw.com
Email: wkukin@dglaw.com
*Attorneys for Defendant/Counter-Plaintiff Prime Line Distributor, Inc.*

2

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, counterclaims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

The Clerk is hereby directed to terminate all proceedings herein.

Dated:  June 7, 2023

_____
Hon. Jennifer H. Rearden
United States District Judge

3